# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-3574

_____

| | | |
|---|---|---|
| Karen Butcher, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| State of Arkansas; Arkansas | * | |
| Department of Correction; | * | |
| | * | |
| Defendants, | * | |
| | * | Appeal from the United States |
| Larry Norris, in his official capacity; | * | District Court for the Eastern |
| G. David Guntharp, in his official | * | District of Arkansas. |
| and individual capacity; | * | |
| | * | [UNPUBLISHED] |
| Defendants-Appellees, | * | |
| | * | |
| Robert Raible, in his official and | * | |
| individual capacity; | * | |
| | * | |
| Defendant-Appellant, | * | |
| | * | |
| Charles Capps, in his official and | * | |
| individual capacity, | * | |
| | * | |
| Defendant. | * | |

_____

Submitted:  July 10, 2000

Filed:  July 21, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.
_____

PER CURIAM.

Robert Raible appeals the district court's adverse grant of summary judgment on Raible's cross-claim against defendants Larry Norris and G. David Guntharp. Having carefully reviewed the record and the parties' briefs, we affirm for the reasons stated in the district court's memorandum opinion and order. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.